FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
MAY 19 2022
BY /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 1:22-00006 |
| v. | 18 U.S.C. § 1519 |
| JAMES THOMAS | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about August 7, 2018, in the Middle District of Tennessee, the defendant, **JAMES THOMAS**, then a Corrections Officer with the Maury County Sheriff's Office, in relation to and in contemplation of a matter within the jurisdiction of the United States Department of Justice, a Department of the United States, did knowingly falsify and make a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. That is, **THOMAS** falsified his Supplement to Jail Incident Report Number 2018-0819, responding to allegations that **THOMAS** had nonconsensual sexual contact with C.C., a female inmate in his custody by: 1) falsely claiming that he had reported to two Maury County Jail supervisors, R.T. and D.W., that C.C. had made sexual advances toward **THOMAS** while C.C. was in his custody at a hospital; 2) falsely claiming that Maury County Jail supervisors R.T. and D.W. both advised **THOMAS** not to write a report about those alleged sexual advances by C.C. toward **THOMAS**; and 3) omitting that he had a sexual relationship with C.C. after C.C.'s release from custody from the Maury County Jail.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL

███████████████████
FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

*[signature]*

AMANDA J. KLOPF
ASSISTANT UNITED STATES ATTORNEY

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

KYLE R. BOYNTON
TRIAL ATTORNEY

2

Case 1:22-cr-00006   Document 3   Filed 05/19/22   Page 2 of 2 PageID #: 4